UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL KANE, Individually and on behalf
others similarly situated,

          Plaintiff,

Case No.  2:11-cv-11505-SJM-MKM
Hon.  Stephen J. Murphy, III
Magistrate Mona K. Majzoub

v.

NATIONAL ACTION FINANCIAL
SERVICES, INC.

          Defendant.

_____/

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Upon stipulation by and between the parties, through their respective counsel as reflected by their signatures below, the parties having entered into a certain Confidential Settlement Agreement and Release, and the Court being otherwise fully advised in the premises;

IT IS ORDERED that Plaintiff's Complaint is dismissed with prejudice and without sanctions, each party to bear its own costs and fees.

          S/Stephen J. Murphy, III
          Stephen J. Murphy, III
          United States District Judge

Dated:  February 28, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 28, 2013, by electronic and/or ordinary mail.

          S/Carol Cohron
          Case Manager

Approved as to form and substance:

| | |
|---|---|
| LYNGKLIP ASSOC.<br>CONSUMER LAW CENTER | PLUNKETT COONEY |
| By:*/s/ Ian B. Lyngklip*<br>    Ian B. Lyngklip (P47173)<br>    Attorney for Plaintiff | By: */s/ Megan P. McKnight*<br>    Megan P. McKnight (P70428)<br>    Attorney for Defendant NAFS, Inc. |

Open.11877.11613.12629398-2